UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María I. González, et al
v.
Pedro Toledo, et al

CASE NUMBER: 98-1658

| MOTION | ORDER |
|---|---|
| Date Filed: 12.22.98  Docket # 30<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to adjudicate motion to dismiss | Granted. On this same date, the Court entered an order resolving the motion to dismiss. |

| MOTION | ORDER |
|---|---|
| Date Filed: 3.10.99 & 3.15.99<br>Docket # 39 & 40<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motions for reconsideration | Denied. *See* docket no. 37. |

| MOTION | ORDER |
|---|---|
| Date Filed: 4.15.99  Docket # 41<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to strike | Moot. See the above order. |

| MOTION | ORDER |
|---|---|
| Date Filed: 5.17.99  Docket # 42<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to dismiss for failure to prosecute | Denied. |

September 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge


