UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MARIA GONZALEZ, et al,
  Plaintiffs,

v.                                                                Civil No. 98-1658 (HL)

PEDRO TOLEDO, et al,
  Defendants.

### PARTIAL JUDGMENT

The Court having issued an opinion and order on this same date, partial judgment is hereby entered dismissing the claims against Aníbal Torres Rivera, and David Rivera Collazo are hereby dismissed. The claims against Pedro Toledo Dávila in his official capacity are also dismissed. The claims against Pedro Toledo Dávila in his personal capacity shall remain.

San Juan, Puerto Rico, September 30, 1999.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev 8/82)