UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA GONZALEZ, et al.,
   Plaintiffs,

v.

CASE NUMBER: 98-1658 (HL)

PEDRO TOLEDO, et al.,
   Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/13/99  **Docket # 50**  [X] **Plffs**  [ ] **Defts**  [ ] **Other**  **Title:** Motion Requesting Leave of Legal Representation | Plaintiffs' counsel Raul Santiago Melendez is hereby **granted** leave to withdraw. Plaintiffs are granted until **November 30, 1999**, to retain new counsel and for new counsel to file an appearance.  Counsel Santiago is hereby **ordered** to provide plaintiffs with a copy of this order. Counsel shall certify to the Court that he has done so by **November 1, 1999**, and include plaintiffs' address in his motion to this Court.  Failure to comply with the terms of this order shall result in the imposition of sanctions, including the dismissal of this case. |

Date 10/17/99

HECTOR M. LAFFITTE
U.S. District Judge

Rec'd:    EOD:

By:    #

