UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARIA GONZALEZ, et al.,
   Plaintiffs,

     v.

PEDRO TOLEDO, et al.,
   Defendants.

CASE NUMBER: 98-1658 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/21/99<br>[ ] Plffs<br>[ ] Other<br><br>**Title:** Motion To Withdraw | **Docket # 43**<br>[X] Defts | Granted. Attorney Jose A. Fuentes Agostini is granted leave to withdraw as attorney for Defendant. Defendant is granted until **November 15, 1999,** to retain new counsel and have that counsel make an appearance. Failure to have new counsel make an appearance by this date shall result in the imposition of sanctions, including the entry of Defendant in default. |

Date 10/19/99

HECTOR M. LAFFITTE
U.S. District Judge



| Rec'd: | EOD: |
|---|---|
| By: | # |

