# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Maria I. Gonzalez, et al.
   Plaintiffs

v.

Pedro Toledo, et al.
   Defendants.

CASE NUMBER: 98-1658 (HL)

| MOTION |
|---|
| **Date Filed:** 4.11.00  **Docket # 58**  [] Plffs [x] Defts [ ] Other<br>**Title:** Motion to Compel Discovery |
| **ORDER** |
| **Denied for failure to comply with Local Rule 311(11).** The Court reminds counsel that they should confer in good faith. <u>Discovery should be conducted amongst the parties, the Court being a resource of last resort.</u> |

Date 5-12-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

