UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Maria I. Gonzalez, et al.
   Plaintiffs

v.                                                                                    CASE NUMBER: 98-1658 (HL)

Pedro Toledo, et al.
   Defendants

| MOTION |
|---|

**Date Filed:** 2.09.00, 4.11.00     **Docket #** 56, 57     [] Plffs  [x] Defts   [ ] Other
**Title:** Motion for Judgment on the Pleadings

| ORDER |
|---|

Plaintiffs are hereby **ordered** to show cause no later than May 31, 2000 why the Court should not grant defendant's unopposed motion for Judgment on the Pleadings.

Date 5/20/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


