UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Maria I. Gonzalez, et al.
  Plaintiffs

v.                                                    CASE NUMBER: 98-1658 (HL)

Pedro Toledo, et al.
  Defendants

| MOTION | | | |
|---|---|---|---|
| Date Filed: 7.20.00 | Docket # 62 | [ ] Plffs [x] Defts | [ ] Other |
| Title: Leave to Withdraw | | | |

**ORDER**

Defendant's counsel Pablo Montaner Cordero is hereby **granted** leave to withdraw.

Date 7/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

