UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: AUGUST 7, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**     CASE NO. CIVIL 98-1658

================================================================

MARIA GONZALEZ                        Attorneys:
                                      For Plaintiffs:

       VS
                                      For Defendant:
PEDRO TOLEDO

================================================================

In view of the fact that this is one the cases that has been recently reassigned to Judge Garcia Gregory the pretrial settlement conference set for October 10 as well as the jury trial set for November 27, 2000 are hereby vacated and set aside. A status conference is hereby set for Thursday, October 19, 2000 at 10:00 AM. before Judge Garcia. Counsel for the parties are to come prepared to discuss settlement and inform the status of any pending discovery.

The Court notes that defendant Pedro Toledo Davila's motion to adjudicate motion for judgment on the pleadings remains unopposed. The Court takes said motion under submission.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/c to
Jury Clerk