UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 SEP -5 AM 8 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARIA I. GONZALEZ, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 98-1658 (JAG)

PEDRO TOLEDO DAVILA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Dockets #56, 57, 60**<br><br>**Title:** Motion for Judgment on the Pleadings; Motion to Adjudicate Unopposed Motion for Judgment on the Pleadings; Order<br><br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | On November 28, 1999, defendant Pedro Toledo Dávila filed a Motion for Judgment on the pleadings (Docket No. 56). The plaintiffs did not file a response. On May 20, 2000, the Court issued an Order requiring plaintiffs to show cause by May 31, 2000 why the unopposed motion should not be granted (Docket No. 60). The plaintiffs did not submit a timely response. A review of the file does not reflect any submissions by the plaintiffs regarding this issue. In light of the foregoing, plaintiffs are hereby ordered to show cause by September 8, 2000 why defendant Toledo Davila's Motion for Judgment on the Pleadings should not be granted. Failure to respond will result in dismissal of the claims pending against defendant Toledo Dávila. |

Date: 08/28/00

JAY A. GARCIA-GREGORY
U.S. District Judge