UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: SEPTEMBER 7, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**    **CASE NO. CIVIL 98-1658**

===================================================================

MARIA GONZALEZ    Attorneys:
                  For Plaintiffs:

        VS

                  For Defendant:
PEDRO TOLEDO

===================================================================

By Order of the Court the status conference in the above-mentioned case set for Thursday, October 19, 2000 is hereby rescheduled for **Wednesday, October 25, 2000 at 3:30 PM**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY