IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA GONZALEZ

    Plaintiffs

    v.

PEDRO TOLEDO

    Defendants

CIV. NO. 98-1658 (JAG)

## ORDER

The plaintiffs have not responded to the two show cause orders issued by the Court on May 31, 2000 and August 28, 2000 requiring them to explain why the Court should not grant Toledo Dávila's Motion for Judgment on the Pleadings. The Court hereby grants defendant Toledo Dávila's Motion and dismisses the claims pending against him. Judgment to enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of September, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge