# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GONZALEZ, ET AL

**Plaintiff(s)**

v.

PEDRO TOLEDO, ET AL

**Defendant(s)**

**CIVIL NUMBER:** 98-1658 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/18/00 <br> **Title:** Motion to Join Motion to Dismiss (by Garay) <br> **Docket(s):** 72 <br> [ ] **Plffs**   [ ] **Defts**   [ ] **Other** | The motion to join is **GRANTED.** |

**Date:**  October 24, 2000

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**