## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*'00 NOV -3 AM 9 08*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

GONZALEZ, ET AL

    **Plaintiff(s)**

      **v.**           **CIVIL NUMBER:** 98-1658 (JAG)

PEDRO TOLEDO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/25/00<br>**Title:** Voluntary Dismissal for Lack of Jurisdiction<br>**Docket(s):** 74<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** Judgment to enter accordingly. |

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Judgment on the Pleadings (11/29/99); Motion for Judgment on the Pleadings (02/9/00); Motion to Request Order to Adjudicate Unopposed Motion for Judgment on the Pleadings (06/06/00); Motion to Dismiss (10/13/00)<br>**Docket(s):** 56, 57, 61, 71<br>[ ] **Plffs**  [ x ] **Defts**  [ ] **Other** | **MOOT.** |

**Date:** October 30, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge