IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA I. GONZALEZ, ET AL

    Plaintiff                          CIV. NO. 98-1658 (JAG)

    v.

PEDRO TOLEDO, ET AL

    Defendants

---

## JUDGMENT

Pursuant to the order of October 30, 2000, plaintiffs' claims are hereby dismissed with prejudice. Judgment is entered accordingly. This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of October, 2000.

                                               JAY A. GARCIA-GREGORY
                                               U.S. District Judge